■ In the Matter of JOSEPH P. FUSS et al., Appellants, v HANNIBAL TOWN PLANNING BOARD et al., Respondents. (Appeal No. 2.) [744 NYS2d 735] —Appeal from those parts of a judgment of Supreme Court, Oswego County (Nicholson, J.), entered October 11, 2001, that, inter alia, dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Fuss v Hannibal Town Planning Bd.* ([appeal No. 1] 295 AD2d 921). Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.